UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARTIN J. WALSH**,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>        Plaintiff,<br><br>v.<br><br>**LUVRWASH, INC.** a/k/a **LOVE R WASH, INC.**<br>d/b/a **SPARKLING IMAGE QUICK LUBE,**<br>and **ROGER DORIO,** an individual,<br><br>        Defendants. | Judge Hala Y. Jarbou<br>Case No.: 21-cv-00437 |

## CONSENT JUDGMENT

Plaintiff, Martin J. Walsh, Secretary of Labor, United States Department of Labor ("Plaintiff"), having filed his Complaint and the Defendants **LUVRWASH, INC.** a/k/a **LOVE R WASH, INC.** d/b/a **SPARKLING IMAGE QUICK LUBE** (hereinafter "**LUVRWASH**") and **ROGER DORIO** an individual, ("Defendants") hereby acknowledge receipt of the Complaint herein and waive service thereof, having been duly advised in the premises, agree to the entry of this judgment without contest under the Fair Labor Standards Act of 1938, as Amended (29 U.S.C. § 201 *et seq.*) (hereinafter "the Act"). Therefore, upon motion of the attorneys for Plaintiff, and for cause shown:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, pursuant to section 17 of the Act, that the Defendants, their officers, agents, servants, employees, successors, assigns and all persons in active concert or participation with them, hereby are permanently enjoined and restrained from violating the provisions of the Act in any of the following manners:

**I**

Defendants shall not fail to make, keep, and preserve records of their employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found in 29 C.F.R. Part 516. Defendants shall provide to each employee on each pay date with a pay stub reflecting specific dates of the pay period, total hours worked and paid, including total earnings at the regular rate and the overtime rate, gross amounts paid, and any deductions taken by Defendants. Specifically, Defendants failed to maintain records of the hours worked each workday and each workweek for employees; and employee information including employee's full names, addresses, occupation and shifts worked, dates of hire, and hourly rates or salaries. Defendants shall post in a place visible to employees a Federal FLSA poster, available at http://www.dol.gov/whd/resources/posters.htm, in English and Spanish, and a state FLSA poster, available at https://www.michigan.gov/lara/0,4601,7-154-11407_32352-42129--,00.html.

**II**

Each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding to date with no costs and expenses, including but not limited to, any and all costs and expenses referenced under the Equal Access to Justice Act, as Amended.

This Court shall retain jurisdiction for purposes of enforcing compliance with the terms of this final judgment pursuant to Federal Rule of Civil Procedure 54.

**IT IS SO ORDERED**

Dated this _____ day of _____ , 20____.

_____
District Court Judge,
Western District of Michigan,
Southern Division

Entry of this Judgment is hereby consented to and notice by the Clerk to the Defendants is hereby waived:

For Defendants:

**LUVRWASH, INC**. a/k/a
**LOVE R WASH, INC.** d/b/a
**SPARKLING IMAGE QUICK LUBE**
and **ROGER DORIO** an individual

s/ Roger Dorio
Its  Secretary

3241 Plainfield Avenue NE,
Grand Rapids, Michigan 49525

s/ Roger Dorio
ROGER DORIO, an Individual
1965 Colonial Street
Aurora, IL 60503

 s/ Daniel L. Villaire
Daniel L. Villaire
Attorney for Defendants
450 W. 4th St.,
Royal Oak, MI 48067
(248) 723-0529
dlv@h2law.com

Dated: 5/19/2021

For Plaintiff:
**ELENA GOLDSTEIN**
Deputy Solicitor

**CHRISTINE Z. HERI**
Regional Solicitor

s/ Lydia J. Faklis
**LYDIA J. FAKLIS**
Trial Attorney
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn St., Room 844
Chicago, IL 60604
Telephone: (312) 353-6992
Email: FAKLIS.LYDIA.J@DOL.GOV

Attorneys for **MARTIN J. WALSH**
Secretary of Labor, U.S. Department of Labor
**Local Counsel:**
Andrew B. Birge

**Nicole Mazzocco**
Assistant U.S. Attorney
330 Ionia NW, 5th Floor
P.O. Box 208
Grand Rapids, MI 49501-0208
P: (616) 808-2067

3